

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dequann Deontae Forge,

\* From the 358th District Court
of Ector County
Trial Court No. D-44,150.

Vs. No. 11-17-00030-CR

\* January 10, 2019

The State of Texas,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Gray, C.J., sitting by assignment,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.